FRANK D'ANGELO et al., Respondents, *v.* 1482 BROADWAY CORPORATION, Appellant.

Reported below, 184 App. Div. 881.
(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1918, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a certain lease.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the defendant was not aggrieved by the modification; that permission to appeal had not been obtained, and that the appeal was frivolous and taken solely for purpose of delay.

*Gustav Lange, Jr.*, for motion.

*Charles A. Winter* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.